## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| RAE DRAKE,<br>an adult individual resident of Lewiston,<br>County of Androscoggin, and<br>State of Maine,<br><br>Plaintiff,<br><br>v.<br><br>TRI-COUNTY MENTAL<br>HEALTH SERVICES,<br>a non-profit corporation registered to<br>do business in the State of Maine,<br>with a place of business in Lewiston,<br>County of Androscoggin, and State<br>of Maine,<br>      and<br><br>CATHERINE RYDER, an adult<br>individual resident of Windham, County<br>of Cumberland, and State of Maine,<br><br>Defendants. | CASE NO. 2:16-cv-00273-GZS |

## STIPULATION OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Pursuant to the provisions of F.R. Civ. P. 41(a)(1)(ii), Plaintiff Rae Drake, and Defendants Tri-County Mental Health Services and Catherine Ryder, by their undersigned counsel, hereby stipulate and agree to the voluntary dismissal of Plaintiff's action with prejudice. Both parties waive all rights of appeal, and each party will bear its own costs.

So stipulated and agreed to this 8th day of May, 2017.

| | |
|---|---|
| /s/ Jordan Payne Hay | /s/ Glenn Israel |
| Jordan Payne Hay, Esq. | Glenn Israel, Esq. |
| Amy Dieterich, Esq. | Linda McGill, Esq. |
| Attorneys for Plaintiff | Kai McGintee, Esq. |
| Skelton Taintor & Abbott | Attorneys for Defendant |

<table>
<tr><td>

95 Main Street  
Auburn, ME  04210  
(207) 784-3200  
jphay@sta-law.com  
adieterich@sta-law.com  

</td><td>

Bernstein Shur  
100 Middle Street  
PO Box 9729  
Portland, ME 04104  
(207) 774-1200  
gisrael@bernsteinshur.com  
lmcgill@bersteinshur.com  
kmcgintee@bernsteinshur.com  

</td></tr>
</table>

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2017, I electronically filed a Stipulation of Voluntary Dismissal, with prejudice, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the registered attorneys of record.

/s/ Jordan Payne Hay
Jordan Payne Hay, Esq.
Amy Dieterich, Esq.
Attorneys for Plaintiff
SKELTON TAINTOR & ABBOTT
95 Main Street
Auburn, ME  04210
(207) 784-3200
jphay@sta-law.com
adieterich@sta-law.com